■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAMIEN L. MILLER, Appellant. [810 NYS2d 691]—Appeal from a judgment of the Supreme Court, Erie County (Joseph S. Forma, J.), rendered June 25, 2004. The judgment convicted defendant, upon his plea of guilty, of assault in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Pigott, Jr., P.J., Scudder, Kehoe, Smith and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID JONES, Appellant. [810 NYS2d 692]—Appeal from a judgment of the Supreme Court, Erie County (Joseph S. Forma, J.), rendered April 2, 2004. The judgment convicted defendant, upon his plea of guilty, of attempted burglary in the third degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Pigott, Jr., P.J., Scudder, Kehoe, Smith and Pine, JJ.